UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee

Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Erik Yakow & Lisa Yakow,

Debtors.

Case No.: 16-23233-MBK

Adv. No.:

Hearing Date: 1/10/2017 @ 9:00 a.m..

Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 11, 2017**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

**(Page 2)**
Debtors:  Erik Yakow & Lisa Yakow
Case No:  16-23233-MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, Successor in Interest to Wilmington Trust Company, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 241 Midland Blvd, Howell, NJ 07731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc Capone, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 30, 2016, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 1, 2016 through December 1, 2016 for a total post-petition default of $9,754.65 (5 @ $1,950.93); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $2,600.00 to be received no later than January 15, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $7,154.65 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2017, directly to Secured Creditor's servicer, Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:  Erik Yakow & Lisa Yakow
Case No:  16-23233-MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-23233-MBK
Erik Yakow                                                          Chapter 13
Lisa Yakow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db/jdb         Erik Yakow,    Lisa Yakow,    241 Midland Blvd,    Howell, NJ   07731-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee,
               successor in interest to Bank of America National Ass nj_ecf_notices@buckleymadole.com
              Marc C. Capone    on behalf of Joint Debtor Lisa   Yakow mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Erik   Yakow mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                               TOTAL: 6