Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−23233−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Erik Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Lisa Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Social Security No.:
  xxx−xx−8835                                      xxx−xx−8537

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     3/28/17
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone
Attorney for Debtor

COMMISSION OR FEES
$3,150.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 7, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-23233-MBK
Erik Yakow                                                                                Chapter 13
Lisa Yakow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 2                Date Rcvd: Mar 07, 2017
                               Form ID: 137               Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db/jdb         Erik Yakow,    Lisa Yakow,    241 Midland Blvd,    Howell, NJ 07731-1205
cr            +Nationstar Mortgage LLC as servicer for U.S. Bank,     C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516280731      ARM Solutions,    PO Box 2929,    Camarillo, CA 93011-2929
516280730     #Acb Receivables Management,    PO Box 350,    Asbury Park, NJ 07712-0350
516280732      Bureau of Accounts Control,    BAC,    PO Box 538,    Howell, NJ 07731-0538
516280734      Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516500851     +U.S. Bank National Association Trustee (See 410),     c/o Nationstar Mortgage LLC,
                PO Box 619096,    Dallas, Texas 75261-9096
516487956     +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2017 23:44:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2017 23:44:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516293422      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2017 23:43:26
                American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                Oklahoma City, OK 73124-8838
516280733      E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 07 2017 23:45:39
                Credit Collection Services,    725 Canton St,    Norwood, MA 02062-2679
516280735      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2017 23:55:05
                Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
516492231      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2017 23:43:25
                Portfolio Recovery Associates, LLC,    C/O synchrony Bank,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Nationstar Mortgage LLC as servicer for U.S. Bank,     C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516492232*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     C/O synchrony Bank,
                POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 07, 2017
                              Form ID: 137             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Ass nj_ecf_notices@buckleymadole.com

        Marc C. Capone    on behalf of Joint Debtor Lisa  Yakow mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

        Marc C. Capone    on behalf of Debtor Erik  Yakow mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

        TOTAL: 6